UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HUBERT CUNNINGHAM,

**CORRECTED MEMORANDUM AND ORDER**

Plaintiff,

- against -

03 CV 3677 (CLP)

UNITED STATES OF AMERICA,

Defendant.
-------------------------------------------------------X

On January 23, 2007, this Court issued a Memorandum and Order in the above captioned case. The final sentence beginning on page ten, and continuing on page eleven, should read as follows: "On August 7, 2002, Officer Flores filed a Uniform Offense Report, which indicates that Mr. Cunningham was arrested and charged with Disorderly Conduct, in violation of 38 C.F.R. § 1.218(b)(11), and with Failure to Comply with an Officer's Directives, in violation of 38 C.F.R. § 1.218(b)(24)." Additionally, footnote eleven, on page eleven, is hereby deleted.

**SO ORDERED.**

Dated: Brooklyn, New York
February 2, 2007

/s/ Cheryl L. Pollak
Cheryl L. Pollak
U.S. Magistrate Judge